**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| GERARDO CALLEJAS FORTANEL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN of Moshannon Valley Processing Center;<br>MICHAEL ROSE, Acting Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO") Field Office, Philadelphia;<br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security;<br>and TODD BLANCHE, Acting Attorney General of the United States,<br>in their official capacities,<br><br>Respondents. | Case No. 3:26-cv-1492 |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner asserts that on August 26, 2026, the Immigration Judge granted his request for pre-conclusion voluntary departure. *See* Ex. 1, IJ Order Granting

Voluntary Departure. Undersigned Counsel was informed today that Petitioner is no longer in the United States.

Accordingly, Petitioner moves to voluntarily dismiss this action before the Court.

Respectfully submitted,

**/s/ Brittany S. Pierce**
Attorney Bar Number: 613909
Attorney for Gerardo Callejas Fortanel
Lively Law Firm
2221 Edge Lake Drive, Suite 175
Charlotte, NC 28217
Telephone: (980)-202-7991
E-Mail: brittany@livelylawfirm.com

*Counsel for Petitioner*

Dated: September 10, 2026

**SO ORDERED:**
Dated: September 11, 2026

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge